# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1684
_____

ORANGE COUNTY GOVERNMENT
and CCMSI,

    Appellants,

    v.

ANTHONY RIOS,

    Appellee.

_____


On appeal from the Office of the Judges of Compensation Claims.
Lourdes M. Sancerni, Judge.

Date of Accident:  October 26, 2020.

October 30, 2025

PER CURIAM.

    AFFIRMED.

LEWIS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Karen J. Cullen of Broussard, Cullen & Eldridge, P.A., Orlando, for Appellants.

Vincent J. Leuzzi of Bichler & Longo, PLLC, Maitland, for Appellee.